FILED
CLERK, U.S. DISTRICT COURT

JAN 2 4 2022

CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:13-CR-00140-JLS-2 |
| Plaintiff, | |
| v. | ORDER OF DETENTION AFTER HEARING |
| JUAN MANUEL CONTRERAS | |
| Defendant. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of his/her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), hereby finds the following:

   A. (x) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).

   B. (x) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of

1

any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

These findings are based on: *nature of current allegations which reflects unwillingness to comply with the terms of his supervised release; ties to a foreign country; and pretrial services recommendation to detain.*

IT THEREFORE IS ORDERED that the defendant be detained pending the final revocation proceedings.

Dated: 1/24/22

HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge